IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MEREDITH ROSADO-MARTELL**,<br><br>  Plaintiff,<br><br>  *v.*<br><br>**KILOLO KIJAKAZI**,<br><br>  Defendant. | **CIVIL ACTION**<br><br>**NO. 21-4908-KSM** |

**ORDER**

**AND NOW**, this 15th day of August 2023, upon consideration of the Report and Recommendation ("R&R") (Doc. No. 18) issued on July 27, 2023, by United States Magistrate Judge Lynne A. Sitarski, to which no objections were filed by Plaintiff Meredith Rosado-Martell,[1] and after a careful and independent review of the record, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**;
2. Plaintiff's Request for Review (Doc. No. 9.) is **DENIED**;
3. The Clerk of Court shall mark this case as **CLOSED**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.

---

[1] In the R&R, Judge Sitarski recommended that Plaintiff's four claims raised in her Request for Review should be denied because (1) the ALJ did not improperly fail to consider Plaintiff's visual impairment; (2) the ALJ properly assessed and relied upon the opinions of examining physicians in reaching its determination; (3) the ALJ fully complied with the Appeals Council's remand order; and (4) the ALJ and Appeals Council judges had legal authority to adjudicate Plaintiff's case. (*See generally* Doc. No. 18.) As noted, Petitioner—who is represented by counsel—did not file any objections to the R&R. (*See* Doc. No. 18-2 (notifying Plaintiff of her right to file objections to the R&R within 14 days of service, and that if she failed to timely file objections, she would be precluded from challenging the R&R on appeal, except upon grounds of plain error).) Upon its review of the R&R, the Court finds no error in Judge Sitarski's factual findings or legal conclusions and approves and adopts the R&R in its entirety.